for the Fifth Circuit.   October 21, 1918.   Dismissed with
costs, per stipulation.   *Mr. H. Generes Dufour* for peti-
tioner.   *Mr. E. A. O'Sullivan* for respondent.

---

No. 133.  H. S. McGOWAN ET AL. *v.* EAGLE CLIFF
FISHING COMPANY.   Error to the Supreme Court of the
State of Oregon.   October 21, 1918.   Dismissed without
costs to either party, per stipulation.   *Mr. Franklin T.
Griffith* and *Mr. Bert W. Henry* for plaintiffs in error.
*Mr. G. C. Fulton* and *Mr. C. W. Fulton* for defendant in
error.

---

No. 257.  ADA T. CUSHING, EXECUTRIX, ETC., *v.* JOHN
H. WHALEY ET AL.   Error to the Supreme Court of the
State of Oklahoma.   October 21, 1918.   Dismissed with
costs, on motion of counsel for plaintiff in error.   *Mr. D.
M. Tibbetts* for plaintiff in error.   No appearance for
defendants in error.

---

No. 9. Original.   STATE OF MISSOURI *v.* CHICAGO,
BURLINGTON & QUINCY RAILROAD COMPANY.   In equity.
Stipulation for judgment submitted October 14, 1918.
October 28, 1918.   Judgment entered as per stipulation of
counsel.   *Mr. John T. Barker, Mr. Frank W. McAllister,
Mr. Lee B. Ewing* and *Mr. W. T. Rutherford* for com-
plainant.   *Mr. Frank Hagerman, Mr. O. M. Spencer* and
*Mr. Chester M. Dawes* for defendant.   *Mr. C. B. Allen,
Mr. W. T. Allen, Mr. F. W. Paschal, Mr. Ernest E. Watson*
and *Mr. Herbert A. Abernethy*, by leave of court, filed
briefs as *amici curiæ*.

---

No. 376.  WILLIAM B. BALES *v.* UNITED STATES.   Error
to the District Court of the United States for the Southern